UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT JAMES HARRIS,<br><br>        Plaintiff,<br><br>v.<br><br>DR. METTS,<br><br>        Defendant. | Case No. 1:20-cv-01521-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF SETTLEMENT CONFERENCE<br><br>(ECF No. 39) |

        This matter has been set for an early settlement conference before Magistrate Judge Sheila K. Oberto on August 31, 2021. (ECF No. 31). On August 6, 2021, Dr. Metts, the remaining Defendant in this case, filed a motion to opt out of the settlement conference. (ECF No. 39).

        As grounds, Defendant's counsel explains that, after thoroughly reviewing Plaintiff's claims and discussing the matter with her supervisor, counsel believes that Plaintiff failed to exhaust his administrative remedies and an unspecified "meritorious defense" exists. (*Id.* at 4). Additionally, counsel notes that Plaintiff has recently been paroled and has not yet provided any of the documents that Magistrate Judge Oberto ordered him to produce to assist with settlement evaluation. (*Id.*; *see* ECF No. 32, p. 2 (requiring Plaintiff to submit to Defendant no later than July 19, 2021 "a written itemization of damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate")). Defense counsel asks "that the Court remove this case from the early settlement conference calendar, and set a responsive-pleading deadline for a date at least 90 days from the date of this request to allow Defendant Metts to potentially depose Plaintiff and prepare a dispositive motion." (ECF No. 39, p. 4).

Being sufficiently advised, the Court will grant Defendant's motion to opt out of the early settlement conference. A settlement conference may be scheduled at a later date, if appropriate.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to opt out of an early settlement conference (ECF No. 39) is GRANTED. The Court will issue separate orders regarding scheduling and discovery in this matter.

IT IS SO ORDERED.

Dated:  **August 9, 2021**                              /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE