UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT JAMES HARRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. METTS,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01521-NONE-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE STATEMENT REGARDING SCHEDULE AND DISCOVERY<br><br>TWENTY-ONE-DAY DEADLINE<br><br>(ECF No. 41)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF ORDER REQUIRING STATEMENTS FROM PARTIES REGARDING SCHEDULE AND DISCOVERY (ECF NO. 41) |

　　　　On August 10, 2021, the Court entered an order requiring the parties to provide statements regarding the schedule and discovery within 30 days from service of the order. (ECF No. 41). On September 8, 2021, Defendant filed his statement. (ECF No. 42). To date, Plaintiff still has not filed any statement and his deadline to do so has passed.

　　　　The Court will grant Plaintiff an additional twenty-one days to file his statement regarding the schedule and discovery and will direct the Clerk of Court to send Plaintiff a copy of the order requiring statements from parties regarding schedule and discovery.  The Court notes that if Plaintiff fails to file his statement within this twenty-one-day period, the Court may issue findings and recommendations to the assigned district judge, recommending that this action be dismissed, without prejudice, for failure to prosecute and failure to comply with court orders.

Accordingly, IT IS ORDERED that:

1. Plaintiff has twenty-one days from the date of service of this order to file his scheduling and discovery statement;
2. Failure to comply with this order may result in the dismissal of this action; and
3. The Clerk of Court is directed to send Plaintiff a copy of the order requiring statements from parties regarding schedule and discovery (ECF No. 41).

IT IS SO ORDERED.

Dated:  **September 21, 2021**         /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2