UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT JAMES HARRIS,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. METTS,<br><br>        Defendant. | No.  1:20-cv-01521-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 44) |

Plaintiff Emmett James Harris is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2020, the assigned magistrate judge issued findings and recommendations, concluding that plaintiff's complaint, as amended, stated only a claim for deliberate indifference to medical needs against defendant Metts.  (Doc. No. 12.)  The undersigned adopted the findings and recommendations over plaintiff's objections.  (Doc. Nos. 14, 15).

After further litigation, the assigned magistrate judge issued findings and recommendations on October 22, 2021, to dismiss this case without prejudice because plaintiff had failed to prosecute this case further and comply with court orders, specifically by failing to file a scheduling and discovery statement as required by court orders and by failing to otherwise

1

prosecute the case.  (Doc. No. 44.)  Plaintiff was given fourteen days to file any objections.  To date, plaintiff has not filed any objections, and the time to do so has since expired.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

    Accordingly,

1. The findings and recommendations issued on October 22, 2021, (Doc. No. 44), are adopted in full;
2. This case is dismissed, without prejudice, because of plaintiff's failure to prosecute and comply with the court's orders; and
3. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:  **November 19, 2021**

UNITED STATES DISTRICT JUDGE

2